JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| JOSEPH P. COLLINS and NANCY E. COLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. SACV 17-00974 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiffs.

Dated October 12, 2018

_____
Hon. Andrew J. Guilford
United States District Judge